UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER E. BROWN<br>an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>PREMIUM OUTLET PARTNERS, LIMITED PARTNERSHIP,<br>a Delaware Limited Partnership,<br><br>       Defendant. | CASE NO.: 3:18-cv-01160-VLB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: October 2, 2018

Respectfully Submitted,                                        Respectfully Submitted,


*/s/ Louis I. Mussman*                                            */s/ Phillip H. Bieler*
Louis I. Mussman (ct27484)                               Phillip H. Bieler, Esq., (CT16252)
KU & MUSSMAN, P.A.                                       BAKER & HOSTETLER LLP
18501 Pines Boulevard                                        45 Rockefeller Plaza
Suite 209-A                                                             New York, New York
Pembroke Pines, FL  33029                              Tel: 212-589-4200
Tel:  (305) 891-1322                                            Fax: 212-589-4201
Fax:  (305) 891-4512                                           pbieler@bakerlaw.com
louis@kumussman.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Philip H. Bieler, Esq.,
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York

>                              */s/ Louis I. Mussman*
>                              Louis I. Mussman (ct27484)